UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CMC STEEL FABRICATORS, INC, dba CMC REBAR et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  22-cv-0892-L-JLB<br><br>**ORDER VACATING FINAL PRETRIAL CONFERENCE AND DENYING JOINT MOTION [ECF NO. 304]** |

　　　Pending before the Court is Joint Motion for Entry of Stipulated Order Regarding Pretrial Dates and Deadlines (ECF No. 304, "Joint Motion.")  Discovery motions (ECF Nos. 257, 292), a related briefing motion (ECF No. 274), and several related motions to seal (*see, e.g.,* ECF Nos. 255, 262, 267, 277, 290, 298) are pending before the Magistrate Judge.  Accordingly, the final pretrial conference, currently set for January 20, 2026, and related pretrial dates, are vacated.  Upon resolution of the pending motions, including any objections under Federal Rule of Civil Procedure 72, the parties shall contact the Magistrate Judge to reset the remaining pretrial dates.  The Joint Motion is denied.

　　　**IT IS SO ORDERED.**

Dated:  January 5, 2026

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

22-cv-0892-L-JLB